IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01913-AP

COURTNEY CULBERTSON,

Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Diane K. Bross
2139 Chuckwagon Road, Ste. 305
Colorado Springs, Colorado 80919
Telephone (719) 634-7734
E-mail: Dbross@dianebrosslaw.com

For Defendant:
John F. Walsh
United States Attorney

J.B. García
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** July 18, 2013

**B. Date Complaint Was Served on U.S. Attorney's Office:** July 30, 2013

**C. Date Answer and Administrative Record Were Filed:** September 30, 2013

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Counsel for Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Counsel for Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

**8. BRIEFING SCHEDULE**

The parties respectfully request the following briefing schedule:

**A. Plaintiffs Opening Brief Due:** November 27, 2013

**B. Defendant's Response Brief Due:** December 27, 2013

**C. Plaintiffs Reply Brief (If Any) Due:** January 13, 2014

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:** Plaintiff does not request oral argument.

**B. Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.***

DATED this 16TH day of October, 2013.

BY THE COURT:

***s/John L. Kane***

U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ Diane K. Bross
Diane K. Bross
139 Chuckwagon Road, Ste. 305
Colorado Springs, Colorado 80919
Telephone (719) 634-7734
dbross@dianebrosslaw.com

/s/ Stephanie Lynn F. Kiley
Stephanie Lynn F. Kiley
Special Assistant United States Attorney
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
Telephone (303) 844-0815
stephanie.kiley@ssa.gov

| /s/ Diane K. Bross<br>Diane K. Bross<br>2139 Chuckwagon Road, Ste. 305<br>Colorado Springs, Colorado 80919<br>Telephone (719) 634-7734<br>dbross@dianebrosslaw.com | JAMES F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>District of Colorado<br><br>/s/ Stephanie Lynn F. Kiley<br>STEPHANIE LYNN F. KILEY<br>Assistant Regional Counsel<br>1961 Stout Street, Stew 4169<br>Denver, Colorado 80294-4003<br>Telephone: (303) 844-0815<br>stephanie.Kiley@ssa.gov<br><br>Attorneys for Defendant. |
| --- | --- |