IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01913-LTB

COURTNEY CULBERTSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on March 6, 2015, incorporated herein by reference, it is

ORDERED that the SSA's decision is REVERSED.  It is

FURTHER ORDERED that this case is REMANDED to SSA for further administrative proceedings consistent with this order.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Courtney Culbertson, and against Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.  It is

FURTHER ORDERED that Plaintiff Courtney Culbertson shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  6th  day of March, 2015.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/E. Buchanan
                E. Buchanan, Deputy Clerk