IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01913 - LTB

COURTNEY CULBERTSON,

      Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

      Defendant.

_____

ORDER
_____

Babcock, J.

      The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, (doc. #22), filed March 16, 2015, is GRANTED. In consideration thereof, it is

      ORDERED that Defendant, the Acting Commissioner (Commissioner) pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of $5,872.  It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the Commissioner has agreed to waive the requirements of the Anti-Assignment Act, and the EAJA fees will be made payable to Plaintiff's attorney.  However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to

Plaintiff's attorney. The Commissioner agrees that Plaintiff's payment will be delivered to Plaintiff's attorney at her office at 2139 Chuckwagon Rd., Ste 305, Colorado Springs, CO.

Dated at Denver, Colorado, this 17th day of March 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, SENIOR JUDGE
UNITED STATES DISTRICT COURT