IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01913 - LTB

COURTNEY CULBERTSON,

   Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

   Defendant.

---

## ORDER

---

  Upon Plaintiff's Unopposed Motion for 42 U.S.C. § 406(b) Fees (Doc 24), it is

  ORDERED that attorney fees in the amount of $9,380.00 are awarded to Plaintiff pursuant to 42 U.S.C. § 406(b).

         BY THE COURT:

          s/Lewis T. Babcock
         Lewis T. Babcock, Judge

DATED: December 16, 2015